UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADONIS GLADNEY,<br><br>Defendant. | NO. CR-08-686-RHW<br><br>**ORDER CONTINUING TRIAL DATE; SETTING PRETRIAL CONFERENCE** |

A pretrial conference was held on October 8, 2008, in Los Angeles, California. Defendant was present and represented by Frank Sanes, Jr. The Government was represented by Craig Missakian. At the hearing, Defendant requested additional time to prepare for trial. Upon colloquy, Defendant waived his rights to a speedy trial. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's oral Motion to Continue is **GRANTED**.

2. The current jury trial date of October 28, 2008, is **stricken**. The jury trial is **reset** for **January 20, 2009,** in Los Angeles, California, at 9:00 a.m. Counsel shall appear in chambers at 8:30 a.m.

3. The pretrial conference is **set** for **December 9, 2008**, at **3:00 p.m.**, in Los Angeles, California.

4. All pretrial motions shall be filed on or before **October 28, 2008.**

5. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the time between October 28,

**ORDER CONTINUING TRIAL DATE; SETTING PRETRIAL CONFERENCE** ~ 1

1  2008, the current trial date, until January 20, 2009, the new trial date, is
2  **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy
3  Trial Act.  The Court finds that the ends of justice served by such a continuance
4  outweigh the interests of the public and Defendant in a speedy trial.
5      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
6  order and to provide copies to counsel.
7      **DATED** the 17th day of October, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\Los Angeles Cases\Gladney\cont.wpd

**ORDER CONTINUING TRIAL DATE; SETTING PRETRIAL CONFERENCE ~ 2**