UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADONIS GLADNEY,<br><br>　　　　Defendant. | NO.  CR-08-686-RHW<br><br>**ORDER SETTING HEARING ON MOTION FOR NEW TRIAL** |

On June 2, 2009, Defendant filed a Motion for New Trial and noted the hearing for June 22, 2009.  The Government filed its response on June 15, 2009.  This does not permit the Court enough time to adequately evaluate the merits of the motion.  Therefore, it is necessary to continue the hearing on the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.　The hearing on Defendant's Motion for New Trial currently set for June 22, 2009, is **continued** to **July 23, 2009, at 1:00 p.m.**, in Los Angeles, California.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** the 16th day of June, 2009.

　　　　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　United States District Judge

Q:\Los Angeles Cases\Gladney\sethearing.wpd

**ORDER SETTING HEARING ON MOTION FOR NEW TRIAL** ~ 1